In the United States District Court
Southern District of Texas
Corpus Christi Division

Ara Babos, Individually and as the
sole wrongful death beneficiary of
The Estate of Adriana M Pop
Moody, deceased,

    *Plaintiff,*

and

Christine Ambler, *et al.*,

    *Intervenors*

v.

DQ Logistics, *et al.*,

    *Defendants.*

Civil Action No. 2:22-cv-213

## INDEX OF MATTERS BEING FILED

1. Plaintiff Ara Babos's Application for Temporary Restraining Order and Temporary Injunction (filed Aug. 30, 2022)

2. Temporary Restraining Order, signed Aug. 30, 2022

3. Intervenor-Plaintiffs' Application for Temporary Restraining Order and Injunctive Relief (filed Sept. 2, 2022)

4. Temporary Restraining Order, signed Sept. 6, 2022

5. Intervenor-Plaintiff Frank Hunold's First Amended Application for Temporary Restraining Order with Accompanying Original Petition and Jury Demand (filed Sept. 8, 2022)

6. Defendant Sandra Sterba-Boatwright as Exectrix of the Estate of Adriana Pop-Moody's Original Answer to Plaintiff Frank Hunold's Original Petition, Affirmative Defenses, and Jury Demand (filed Sept. 12, 2022)

7. State Court Docket Sheet

8. List of Parties and Counsel

9. Civil Cover Sheet