Case 2:22-cv-00213   Document 1-2   Filed on 09/12/22 in TXSD   Page 1 of 12

Filed
8/30/2022 9:59 AM
Anne Lorentzen
District Clerk
Nueces County, Texas

CAUSE NO. 2022CCV-61057-3

| | | |
|---|---|---|
| ARA BABOS INDIVIDUALLY and as the SOLE WRONGFUL DEATH BENEFICIARY OF THE ESTATE OF ADRIANA M POP MOODY, Deceased,<br><br>*Plaintiff,*<br><br>vs.<br><br>WEST CENTRAL TOWING & RECOVERY, LLC, BACK ON YOUR FEET RECOVERY, LLC, QUALITAS INSURANCE COMPANY, QUALITAS INSURANCE SERVICES, INC., DQ LOGISTICS, DQ FREIGHT LOGISTICS, INC., TRANSWORLD INSURANCE BROKERAGE, INC., J. LOPEZ TRUCKING, LLC, GO UP LOGISTICS, UNITED FINANCIAL CASUALTY COMPANY, a/k/a PROGRESSIVE INSURANCE and GICA LOGISTICS LLC<br><br>*Defendants.* | § § § § § § § § § § § § § § § § § § § § § § § § § | IN THE COUNTY COURT<br><br><br><br><br><br>AT LAW NUMBER _____<br><br><br><br><br><br><br><br><br>NUECES COUNTY, TEXAS |

**APPLICATION FOR TEMPORARY
RESTRAINING ORDER AND TEMPORARY INJUNCTION**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Ara Babos, Individually and as Sole Wrongful Death Beneficiary of the Estate of Adriana M. Pop Moody, Plaintiff herein, complaining of West Central Towing & Recovery, LLC, Back On Your Feet Recovery LLC, Qualitas Insurance Company, Qualitas Insurance Services, Inc., DQ Logistics, DQ Freight Logistics, Inc., Transworld Insurance Brokerage, Inc. J. Lopez Trucking LLC, Go Up Logistics, United Financial Casualty Company a/k/a Progressive Insurance and GICA Logistics LLC ("Respondents") and files this Application for Temporary Restraining Order and Temporary Injunction, and states the following in support thereof:

Plaintiff's Application for TRO
Page 1

1.	On or about August 10, 2022, Dr. Adriana Pop Moody was the driver of a 2019 Black BMW X5 (VIN: 5UXJU2C5XKLB15604). Ara Babos was a passenger in the BMW X5 when suddenly, the Respondents' tractor trailers fatally collided with Dr. Pop Moody's vehicle and, the vehicle of attorney Rachel Ambler's vehicle, killing both ladies in this collision.

2.	West Central Towing & Recovery, LLC's registered agent for service of process is Rheba K. Wall-Massey and can be served with this document by serving Rheba K. Wall-Massey at 100 East Uvalde Street, Rocksprings, Texas 78880 or, wherever she may be found.

3.	Back On Your Feet Recovery, LLC's registered agent for service of process is Terry Davis. Back On Your Feet Recovery, LLC and can be served with this document by serving Terry Davis, 68 Private Road 737, Brady, Texas 76825 or, wherever he may be found.

4.	Qualitas Insurance Company's registered agent for service of process is Michelle Burton. Qualitas Insurance Company may be served with this document by serving Michelle Burton at 600 B Street, Suite 1500, San Diego, California, or 4545 Murphy Canyon Road, Suite 300, San Diego California, 92123 or, wherever she may be found.

5.	Qualitas Insurance Services, Inc.'s registered agent for service of process is Alfonso Montemayor. Qualitas Insurance Services, Inc. may be served with this document by serving Alfonso Montemayor at 4545 Murphy Canyon Road, Suite 300, San Diego California, 92123 or, wherever he may be found.

6.	DQ Logistics registered agent for service of process is Marco A. Hernandez. DQ Logistics may be served with this document by serving Marco A. Hernandez at 310 N. Indian Hill Blvd., Suite 810, Claremont, California or, wherever he may be found.

7. DQ Freight Logistics, Inc. registered agent for service of process is Michael Feng Qi. DQ Freight Logistics, Inc. may be served with this document by serving Michael Feng Qi at 15920 Mentz Court, La Puente, California, 91774 or, wherever he may be found.

8. Transworld Insurance Brokerage, Inc. registered agent for service of process is Sal Rubalcava. Transworld Insurance Brokerage, Inc. may be served with this document by Sal Rubalcava at 10535 Foothill Blvd., Suite 276, Rancho Cucamonga, California or, wherever he may be found.

9. J. Lopez Trucking LLC registered agent for service of process is Jose Rosaario Lopez. J. Lopez Trucking LLC may be served with this document by serving Jose Rosaario Lopez at 2082 Torres Street, San Luis, Arizona 85349 or, wherever he may be found.

10. Go Up Logistics' registered agent for service of process is Becky Evaro. Go Up Logistics may be served with this document by serving Becky Evaro at 2548 Sentenario Street, Anthony, New Mexico or, wherever she may be found.

11. United Financial Casualty Company a/k/a Progressive Insurance registered agent for service of process is CT Corporation System and may be served with this document by serving CT Corporation, 1999 Bryan Street, Suite 900, Dallas, Texas 75201-3136 or, wherever it may be found.

12. GICA's registered agent for service of process is Cipriano Gonzales and may be served with this document by serving him at 139 Dodson Dr., Deming, NM 88030 or, wherever he may be found.

13. The accident and deaths were caused when the two 18-wheeler tractor-trailers held in storage at West Central Towing & Recovery, LLC identified as 2016 White

Freightliner with VIN 3AKJGLDR6SGN1829 and, at Back On Your Recovery, LLC, as a 2016 Red Peterbilt with VIN 1XPDB49X5GD346633 failed to control their speeds and crushed Attorney Rachel Ambler's vehicle causing it to burst into flames burning Attorney Ambler to death and both the undersigned and Ms. Ambler's attorney, Richard Hardy with Fadduol, Cluff, Hardy & Conaway, P.C., have been denied access to both of the subject tractors and trailers.  The 2016 White Freightliner with VIN 3AKJGLDR6SGN1829 tractor was the producing and proximate cause of the initial collision which, subsequently caused the death of Dr. Adriana Pop-Moody when the 2016 Red Peterbilt with VIN 1XPDB49X5GD346633 ran over Dr. Pop Moody's vehicle.

     14.     Upon information and belief, the subject 18-wheeler tractor (Tractor VIN: 3AKJGLDR6GSGN1829) is currently in the possession of Respondent at West Central Towing & Recovery LLC located at 1941 Main Street, Junction, Texas and the is material physical evidence in this case and may contain important evidence bearing upon the cause of the injuries and the damages to Dr Pop Moody and Ms. Ambler.  Respondent at West Central Towing & Recovery LLC has indicated that they will not let Plaintiff inspect the subject tractor.  Said tractor should be properly preserved for inspection and examination and should be guarded against any physical damage or removal. Physical change in the tractor can occur either through the intentional conduct of a person changing or altering the condition of the tractor or through accidental or unintentional change resulting from accidental damage, natural deterioration, or other ways.  It is, therefore, necessary to ensure a fair trial to all parties, that said tractor be kept in a secure place for examination and that any evidence that has previously been removed be protected from change, alteration, deterioration, or loss until such time that it may be inspected and examined.

15. Based upon information obtained from West Central Towing & Recovery, Inc., Qualitas Insurance Company and Qualitas Insurance Services, Inc., has exercised control and/or ownership over the 2016 White Freightliner with VIN 3AKJGLDR6SGN1829 and is taking action to dispose of or, otherwise transfer the subject tractor to a facility for sell and/or destruction.

16. Upon information and belief, the subject 18-wheeler tractor trailer identified as the 2016 Red Peterbilt with VIN 1XPDB49X5GD346633 is currently in the possession of Respondent Back On Your Recovery, LLC located at 1420 W. Ranch Road 1674, Junction, Texas and, the tractor and trailer are material physical evidence in this case and may contain important evidence bearing upon the cause of the injuries and the damages to Dr Pop Moody.  Respondent at Back On Your Recovery, LLC has indicated that they will not let Plaintiff inspect the subject tractor and trailer.  Said tractor trailer should be properly preserved for inspection and examination and should be guarded against any physical damage or removal. Physical change in the tractor trailer can occur either through the intentional conduct of a person changing or altering the condition of the tractor and trailer or through accidental or unintentional change resulting from accidental damage, natural deterioration, or other ways.  It is, therefore, necessary to ensure a fair trial to all parties, that said tractor and trailer be kept in a secure place for examination and that any evidence that has previously been removed be protected from change, alteration, deterioration, or loss until such time that it may be inspected and examined.

17. Accordingly, Respondents and all others acting in concert with them or working on their premises, should be immediately restrained and enjoined from removing, altering, or changing the condition of the physical evidence in any way, and,

further should deliver both tractor trailers identified above immediately to Plaintiff, and upon hearing, this Court should issue its mandatory temporary injunction ordering and directing that the said vehicles be taken into the custody of the Court and be maintained as it exists at a location agreed upon by Sico Hoelscher Harris LLP, and/or its designated representative, and protected from any physical change, alteration, deterioration, or loss, and all parties may have reasonable access to the same for the purpose of preparation of this case for trial.

18. Pursuant to Texas Rule of Civil Procedure 680, Plaintiff seeks a temporary restraining order against Respondents, their agents, servants, employees, insurance representatives, attorneys, and those acting in concert with Respondents. Plaintiff requests this Court issue an Order permitting Plaintiff's and potential plaintiffs' attorneys and investigative staff, including but not limited to consulting experts, to enter upon Respondents West Central Towing & Recovery, LLC, and Back On Your Feet Recovery LLC facilities, in order to inspect, photograph, and film the tractor and trailers as well as associated evidence. Such entry for the purpose of the inspection, photograph, and filming is essential to preserve, inspect, photograph, videotape, and/or otherwise document and test the subject tractor trailers and component parts.

WHEREFORE, Plaintiff respectfully request that Respondents, their officers, agents, servants, employees, and attorneys, and all persons in active concert or participation with them to receive actual notice of the Order of the Court by personal service or otherwise be:

(1) Immediately, and without notice, temporarily restrained and enjoined from in any way moving, changing, altering, repairing, or taking any action whatsoever to change the conditions of the subject 2016 White Freightliner with VIN

3AKJGLDR6SGN1829 and, the 2016 Red Peterbilt with VIN 1XPDB49X5GD346633 pending a hearing on a temporary injunction; and

(2) After notice of hearing, this Court enter its Order for a mandatory temporary injunction ordering and directing that the subject 2016 Red Peterbilt with VIN: 1XPB049X560346633 and a 2016 White Freightliner with VIN 3AKJGLDR6SGN1829 be maintained as it presently exists and delivered to Plaintiff immediately and that any equipment or property that has previously been removed, be stored in an appropriate secure storage facility in which it will be protected from alteration, change, deterioration, or loss, and that Orders be entered granting all parties reasonable access to the same for the purpose of examination, inspection, photographing, recording, and preparing to present the condition of said equipment at trial. Additionally, Plaintiff request such other and further relief to which they may be justly entitled.

    Respectfully submitted,

    SICO HOELSCHER HARRIS LLP

    _/s/ James H. Hada_
    James H. Hada
    Texas State Bar No. 08671050
    3 Riverway, Suite 1910
    Houston, Texas 77056
    Office:    (713) 465-9944
    E-Mail:    jhada@shhlaw.com

    **ATTORNEYS FOR PLAINTIFF**
    **ARA BABOS, Individually and as the SOLE WRONGFUL DEATH BENEFICIARY OF THE ESTATE OF DR. ADRIANA POP MOODY, Deceased**

## CERTIFICATE OF SERVICE

      I hereby certify that the foregoing instrument was served in compliance with Rules 21 and 21a of the Texas Rules of Civil Procedure on this the 30th day of August 2022.

Back On Your Recovery, LLC
1420 W. Ranch Road 1674
Junction, Texas 76849

Qualitas Insurance Company
4545 Murphy Canyon Road, Suite 300
San Diego, California 98123

West Central Towing & Recovery LLC
1941 Main Street
Junction, Texas 76849

Qualitas Insurance Services, Inc.
4545 Murphy Canyon Road, Suite 300
San Diego, California 98123

Marco A. Hernandez
DQ Logistics
310 N. Indian Hill Blvd., Suite 810
Claremont, California

Michael Feng Qi
DQ Freight Logistics
15920 Mentz Court
La Puente, California 91774

Sal Rubalcava
Transworld Insurance Brokerage, Inc.
10535 Foothill Blvd., Suite 276
Rancho Cucamonga, California

Jose Rosaario Lopez
J. Lopez Trucking LLC
2082 Torres Street
San Luis, Arizona

Becky Evaro
Go Up Logistics
2548 Sentenario Street
Anthony, New Mexico

Cipriano Gonzales
GICA Logistics LLC
139 Dodson Drive
Deming, NM 88030

United Financial Casualty Company a/k/a Progressive Insurance
CT Corporation
1999 Bryan Street, Suite 900
Dallas, Texas 75201-3136

Joanna Lippman Salinas
Fletcher Farley Shipman & Salinas LLP
2530 Walsh Tarlton Lane, Suite 150
Austin, Texas 78746

Tarush R. Anand
McGlinchey
1001 McKinney St., Suite 1500
Houston, Texas 77002

Richard Hardy
Faddoul, Cluff, Hardy & Conaway, P.C.
1115 Broadway
Lubbock, Texas 79401

Tex Quesada
Sommerman McCaffity Quesada
  & Geisler
3811 Turtle Creek Blvd.
Dallas, TX 75219

Meredythe Heaton
Walters Balido & Crain
9020 North Capital of Texas Highway Building, Suite 170
Austin, Texas 78759

                                                                        _____
                                                                         James H. Hada

CAUSE NO. _____

| | | |
|---|---|---|
| ARA BABOS INDIVIDUALLY and as the SOLE WRONGFUL DEATH BENEFICIARY OF THE ESTATE OF ADRIANA M POP MOODY, Deceased,<br><br>*Plaintiff,*<br><br>vs.<br><br>WEST CENTRAL TOWING & RECOVERY, LLC, BACK ON YOUR FEET RECOVERY, LLC, QUALITAS INSURANCE COMPANY, QUALITAS INSURANCE SERVICES, INC., DQ LOGISTICS, DQ FREIGHT LOGISTICS, INC., TRANSWORLD INSURANCE BROKERAGE, INC., J. LOPEZ TRUCKING, LLC, GO UP LOGISTICS, UNITED FINANCIAL CASUALTY COMPANY, a/k/a PROGRESSIVE INSURANCE and GICA LOGISTICS LLC<br><br>*Defendants.* | § § § § § § § § § § § § § § § § § § § § § § § § § | IN THE COUNTY COURT<br><br><br><br><br>AT LAW NUMBER _____<br><br><br><br><br><br><br><br><br><br><br><br><br>NUECES COUNTY, TEXAS |

## **AFFIDAVIT**

THE STATE OF TEXAS        §
                                                   §
COUNTY OF HARRIS        §

BEFORE ME, the undersigned authority, on this day personally appeared James H. Hada, who, having been by me first duly sworn did on his oath depose and say that he is one of the attorneys for the Plaintiff in the above-entitled cause, that he has read the above and foregoing Application for a Temporary Restraining Order and Temporary Injunction, and that the facts contained in the Application are true and correct.

_____
James H. Hada

**SWORN TO AND SUBSCRIBED** before me the undersigned authority on this the 29th day of August 2022.



Notary Public

Notary Id: 123948997

Commission Expires on: 01/23/2023

In and for the State of Texas

Affidavit for TRO
Page 2

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Amber Lewis on behalf of James Hada
Bar No. 8671050
alewis@shhlaw.com
Envelope ID: 67785961
Status as of 8/30/2022 10:11 AM CST
Associated Case Party: Ara Babos

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| James Hobart Hada | 8671050 | jhada@shhlaw.com | 8/30/2022 9:59:05 AM | SENT |
| Annette Huerta | | ahuerta@shhlaw.com | 8/30/2022 9:59:05 AM | SENT |