CAUSE NO. 2022CCV-61057-3

| | | |
|---|---|---|
| ARA BABOS INDIVIDUALLY and as the SOLE WRONGFUL DEATH BENEFICIARY OF THE ESTATE OF ADRIANA M POP MOODY, Deceased,<br><br>*Plaintiff,*<br><br>vs.<br><br>WEST CENTRAL TOWING & RECOVERY, LLC, BACK ON YOUR FEET RECOVERY, LLC, QUALITAS INSURANCE COMPANY, QUALITAS INSURANCE SERVICES, INC., DQ LOGISTICS, DQ FREIGHT LOGISTICS, INC., TRANSWORLD INSURANCE BROKERAGE, INC., J. LOPEZ TRUCKING, LLC, GO UP LOGISTICS, UNITED FINANCIAL CASUALTY COMPANY a/k/a PROGRESSIVE INSURANCE, and GICA LOGISTICS LLC<br><br>*Defendants.* | § § § § § § § § § § § § § § § § § § § § § § § § § § | IN THE COUNTY COURT<br><br><br><br>AT LAW NUMBER 3<br><br><br><br><br><br><br><br><br><br><br><br>NUECES COUNTY, TEXAS |

## **TEMPORARY RESTRAINING ORDER**

On this day, the Court considered the Application for Temporary Restraining Order, together with the Affidavit in support thereof. It clearly appears that Plaintiff is properly entitled to a Temporary Injunction, and that West Central Towing & Recovery, LLC, Back On Your Feet Recovery, LLC, Qualitas Insurance Company, Qualitas Insurance Services, Inc., DQ Logistics, DQ Freight Logistics, Inc., Transworld Insurance Brokerage, Inc. J. Lopez Trucking LLC, Go Up Logistics, United Financial Casualty Company a/k/a Progressive Insurance and GICA Logistics, LLC, their agents and representatives are immediately restrained and enjoined from in any way relocating, changing, altering, repairing selling, auctioning or taking any action whatsoever to in any

way change the condition of the subject 2016 Red Peterbilt with VIN: 1XPB049X560346633 and the 2016 White Freightliner with VIN 3AKJGLDR6SGN1829 and that the failure to preserve the subject 2016 Red Peterbilt with VIN: 1XPB049X560346633 and the 2016 White Freightliner with VIN 3AKJGLDR6SGN1829 in the exact condition as they currently exist will work immediate and irreparable harm upon the Plaintiff for which they have no adequate remedy at law.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that West Central Towing & Recovery, LLC, Back On Your Feet Recovery, LLC Qualitas Insurance Company, Qualitas Insurance Services, Inc., DQ Logistics, DQ Freight Logistics, Inc., Transworld Insurance Brokerage, Inc. J. Lopez Trucking LLC, Go Up Logistics, United Financial Casualty Company a/k/a Progressive Insurance and GICA Logistics, LLC, their officers, agents, servants, employees and attorneys, and all other persons acting in active concert or participation with them, including but not limited to, West Central Towing & Recovery, LLC, Back On Your Feet Recovery, Qualitas Insurance Company, Qualitas Insurance Services, Inc., DQ Logistics, DQ Freight Logistics, Inc., Transworld Insurance Brokerage, Inc. J. Lopez Trucking LLC, Go Up Logistics, United Financial Casualty Company a/k/a Progressive Insurance and GICA Logistics, LLC, who receive actual notice of this Order by personal service or otherwise, be, and they are hereby immediately restrained and enjoined from in any way relocating, changing, altering, repairing selling, auctioning or taking any action whatsoever to in any way change the condition of the subject 2016 Red Peterbilt with VIN: 1XPB049X560346633 and the 2016 White Freightliner with VIN 3AKJGLDR6SGN1829.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that West Central Towing & Recovery, LLC, Back On Your Feet Recovery, LLC Qualitas Insurance

Company, Qualitas Insurance Services, Inc., DQ Logistics, DQ Freight Logistics, Inc., Transworld Insurance Brokerage, Inc. J. Lopez Trucking LLC, Go Up Logistics, United Financial Casualty Company a/k/a Progressive Insurance and GICA Logistics, LLC, their officers, agents, servants, employees and attorneys, and all other persons acting in active concert or participation with them, including but not limited to, West Central Towing & Recovery, LLC, Back On Your Feet Recovery, LLC Qualitas Insurance Company, Qualitas Insurance Services, Inc., DQ Logistics, DQ Freight Logistics, Inc., Transworld Insurance Brokerage, Inc. J. Lopez Trucking LLC, Go Up Logistics, United Financial Casualty Company a/k/a Progressive Insurance and GICA Logistics, LLC, who receive actual notice of this Order by personal service or otherwise, be, and they are hereby immediately ordered, without delay, to allow Plaintiff's representatives to be permitted retrieve and deliver the subject 2016 Red Peterbilt with VIN: 1XPB049X560346633 and its trailer and the 2016 White Freightliner with VIN 3AKJGLDR6SGN1829, to Sico Hoelscher Harris LLP, and/or its designated representative immediately.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that said West Central Towing & Recovery, LLC, Back On Your Feet Recovery, LLC Qualitas Insurance Company, Qualitas Insurance Services, Inc., DQ Logistics, DQ Freight Logistics, Inc., Transworld Insurance Brokerage, Inc. J. Lopez Trucking LLC, Go Up Logistics, United Financial Casualty Company a/k/a Progressive Insurance and GICA Logistics, LLC, appear before this Honorable Court on the ____12th____ day of __September__, 2022, at __9:30__ o'clock __P__.m., in the _____ County Court at Law of Nueces County, Texas, and then and there show cause, if any there be, why a Temporary Injunction should not be issued as prayed for by Plaintiff.

TRO Order
Page 3

The Clerk of the above-entitled Court shall forthwith, upon the filing Plaintiff of the Bond hereinafter required, and on approval of the same according to law, issue a Temporary Restraining Order in conformity with the law and under the terms of this Order. This Order is effective immediately, conditioned upon Plaintiffs' execution and filing with the Clerk of the Court, in conformity with the law, a Bond in the amount of ____five hundred____ Dollars, ($ 500ᵉ ).

SIGNED at 4:00 o'clock P .m., this 30 day of August 2022.

_____
HONORABLE JUDGE PRESIDING