Case 2:22-cv-00213   Document 1-7   Filed on 09/12/22 in TXSD   Page 1 of 6

Filed
9/9/2022 9:45 PM
Anne Lorentzen
District Clerk
Nueces County, Texas

CAUSE NO. 2022CCV-61057-3

| | | |
|---|---|---|
| ARA BABOS INDIVIDUALLY and as the SOLE WRONGFUL DEATH BENEFICIARY OF THE ESTATE OF ADRIANA M POP MOODY, Deceased, *Intervenor-Plaintiff,* | § § § § § § | IN THE COUNTY COURT |
| CHRISTINE AMBLER, PETER AMBLER, and FRANK HUNOLD, Individually and on behalf of THE ESTATE OF RACHEL AMBLER, *Intervenor-Plaintiffs,* | § § § § § § § | |
| vs. | § § | |
| WEST CENTRAL TOWING & RECOVERY, LLC, BACK ON YOUR FEET RECOVERY, LLC, QUALITAS INSURANCE COMPANY, QUALITAS INSURANCE SERVICES, INC., DQ LOGISTICS, DQ FREIGHT LOGISTICS, INC., TRANSWORLD INSURANCE BROKERAGE, INC., J. LOPEZ TRUCKING, LLC, GO UP LOGISTICS, UNITED FINANCIAL CASUALTY COMPANY, a/k/a PROGRESSIVE INSURANCE and GICA LOGISTICS, LLC, *Respondents,* | § § § § § § § § § § § § § § § | AT LAW NO. 3 |
| vs. | § § | |
| J. LOPEZ TRUCKING, LLC, JOSE EMMANUEL LOPEZ ZAVALA, JUAN LEYVA HERNANDEZ, DQ LOGISTICS, REYNALDO QUINTANAR, GO UP LOGISTICS LLC, JORGE LUIS MCGREW-CHAVEZ, JOHN DOES 1-2, and SANDRA STERBA-BOATWRIGHT AS EXECUTRIX OF THE ESTATE OF ADRIANA POP-MOODY, *Defendants.* | § § § § § § § § § § § | NUECES COUNTY, TEXAS |

DEFENDANT'S ORIGINAL ANSWER AND JURY DEMAND

**DEFENDANT SANDRA STERBA-BOATWRIGHT AS EXECTRIX OF THE ESTATE OF ADRIANA POP-MOODY'S ORIGINAL ANSWER TO PLAINTIFF FRANK HUNOLD'S ORIGINAL PETITION, AFFIRMATIVE DEFENSES, AND JURY DEMAND**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Sandra Sterba-Boatwright as Executrix of the Estate of Adriana Pop-Moody, "Defendant" herein, and files this, her Original Answer and Affirmative Defenses to *Intervenor Plaintiff Frank Hunold's Original Petition* and in support thereof would respectfully show the Court as follows:

**I.**
**GENERAL DENIAL**

1. Defendant, expressly reserving her rights pursuant to Texas Rules of Civil Procedure 92, 93, 94, 97, and 98 to file special exceptions, affirmative defenses, cross-claims and third party claims, following appropriate investigation and discovery, denies each and every, all and singular, the allegations contained in *Plaintiff Frank Hunold's Original Petition*, and any amendments and supplements filed thereto, and demands strict proof thereof by a preponderance of the credible evidence as required by the Constitution and Laws of the State of Texas.

**II.**
**AFFIRMATIVE DEFENSES**

2. By way of separate, or affirmative defense, Defendant would show that Adriana Pop-Moody was not negligent, and not responsible for the injuries sustained by Rachel Ambler. Rather, it was the negligence of third parties over which Adriana Pop-Moody exercised no control and for which she had no responsibility which were responsible for the accident and any resultant injuries to Rachel Ambler. Such parties include the other defendants named by Plaintiff, or others not yet known.

3. Pleading further, alternatively, and by way of affirmative defense, Defendant would state that in the unlikely event that an adverse judgment would be rendered against her, Defendant would respectfully request all available credits and/or offsets as provided by the Texas Civil Practice and Remedies Code and under Texas law, including for all sums previously paid to Plaintiff.

### III.
### JURY TRIAL

4. Defendant respectfully requests a jury for the trial of this matter, and the required fee is hereby tendered.

### IV.
### PRAYER

**WHEREFORE, PREMISES CONSIDERED**, Defendant prays that Plaintiff take nothing by this suit; that Defendant be discharged; that Defendant be awarded all costs and expenses incurred on her behalf; and for such other and further relief, both at law and in equity, to which Defendant may show herself justly entitled.

[SIGNATURE ON THE PAGE TO FOLLOW]

DEFENDANT'S ORIGINAL ANSWER AND JURY DEMAND

Copy from re:SearchTX

Respectfully submitted,

Hartline Barger, LLP

*/s/Matthew R. Gelina*
Peter C. Blomquist
State Bar No. 00794921
pblomquist@hartlinebarger.com
Matthew R. Gelina
State Bar No.: 24096050
mgelina@hartlinebarger.com
Megan J. Rothermel
State Bar No. 24088992
mrothermel@hartlinebarger.com
Zachary Robichaux
State Bar No.: 24103302
zrobichaux@hartlinebarger.com
1980 Post Oak Blvd. Suite 1800
Houston, Texas 77056
(713) 759-1990 (Telephone)
(713) 652-2419 (Fax)
Service email: trv@hartlinebarger.com
***Attorneys for Defendants***

## CERTIFICATE OF SERVICE

On the 9th day of September, 2022, I electronically submitted the foregoing document with the Clerk of the County Court in Nueces County, Texas, using an Electronic Filing System Provider (EFSP). I hereby certify that I have served all counsel and/or pro se parties of record electronically and/or by another manner authorized by Texas Rule of Civil Procedure 21a:

*/s/Matthew R. Gelina*
**Matthew R. Gelina**

---

DEFENDANT'S ORIGINAL ANSWER AND JURY DEMAND

Copy from re:SearchTX

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Sheena Foley on behalf of Matthew Gelina
Bar No. 24096050
Sfoley@hartlinebarger.com
Envelope ID: 68130425
Status as of 9/12/2022 10:31 AM CST
Associated Case Party: Ara Babos

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| James Hobart Hada | 8671050 | jhada@shhlaw.com | 9/9/2022 9:45:24 PM | SENT |
| Annette Huerta | | ahuerta@shhlaw.com | 9/9/2022 9:45:24 PM | SENT |

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Sheena Foley on behalf of Matthew Gelina
Bar No. 24096050
Sfoley@hartlinebarger.com
Envelope ID: 68130425
Status as of 9/12/2022 10:31 AM CST

Associated Case Party: Frank Hunold

| Name | BarNumber | Email | TimestampSubmitted | Status |
| --- | --- | --- | --- | --- |
| Emma Vasquez | | evasquez@fchclaw.com | 9/9/2022 9:45:24 PM | SENT |
| Richard LamarHardy | | rhardy@fchclaw.com | 9/9/2022 9:45:24 PM | SENT |
| Matthew Heape | | mheape@fchclaw.com | 9/9/2022 9:45:24 PM | SENT |
| Kim Ewalt | | kewalt@fchclaw.com | 9/9/2022 9:45:24 PM | SENT |