Skip to Main Content  Logout  My Account  Search  Menu  New Civil & Family Search  Refine Search  Back

Location : All Courts   Help

# REGISTER OF ACTIONS

## CASE NO. 2022CCV-61057-3

| | |
|---|---|
| **Ara Babos vs. West Central Towing & Recovery, LLC,Back On Your Feet Recovery, LLC,Qualitas Insurance Company, et al** §<br>§<br>§<br>§<br>§ | Case Type: **Civil Case - Other**<br>Date Filed: **08/30/2022**<br>Location: **CCAL3** |

---

### PARTY INFORMATION

**Attorneys**

| | | |
|---|---|---|
| Defendant | **Back On Your Feet Recovery, LLC** | |
| Defendant | **DQ Freight Logistics, Inc.** | |
| Defendant | **DQ Logistics** | |
| Defendant | **GICA Logistics, LLC** | |
| Defendant | **Go Up Logistics** | |
| Defendant | **J. Lopez Trucking, LLC** | |
| Defendant | **Leyva Hernandez, Juan** | |
| Defendant | **Lopez Zavala, Jose Emmanuel** | |
| Defendant | **McGrew-Chavez, Jorge Luis** | |
| Defendant | **Qualitas Insurance Company** | |
| Defendant | **Qualitas Insurance Services, Inc.** | |
| Defendant | **Quintanar, Reynaldo** | |
| Defendant | **Sterba-Boatwright, Sandra  As Executrix Of The Estate Of Adriana Pop=Moody** | **Matthew R Gelina**<br>*Retained*<br>713-759-1990(W) |
| Defendant | **Transworld Insurance Brokerage, Inc.** | |
| Defendant | **United Financial Casualty Company,  *Also Known As*  Progressive Insurance** | |
| Defendant | **West Central Towing & Recovery, LLC** | |
| Intervenor | **Ambler, Christine** | **George (Tex) Quesada**<br>*Retained*<br>214-720-0720(W)<br><br>**Richard L Hardy**<br>*Retained*<br>806-763-9377(W) |
| Intervenor | **Ambler, Peter** | **George (Tex) Quesada**<br>*Retained*<br>214-720-0720(W) |

Richard L Hardy
*Retained*
806-763-9377(W)

| | | |
|---|---|---|
| **Intervenor** | Hunold, Frank  on behalf of The Estate of Rachel Ambler | **George (Tex) Quesada** *Retained* 214-720-0720(W) |

Richard L Hardy
*Retained*
806-763-9377(W)

| | | |
|---|---|---|
| **Plaintiff** | Babos, Ara  The Sole Wrongful Death Beneficiary Of The Estate Of Adriana M Pop Moody | **James H. Hada** *Retained* 713-465-9944(W) |

---

### EVENTS & ORDERS OF THE COURT

**OTHER EVENTS AND HEARINGS**

| | |
|---|---|
| 08/30/2022 | **Original Petition (OCA)** |
| 08/30/2022 | **Application** |
| | *Application For Temporary Restraining Order and Temporary Injunction* |
| 08/30/2022 | **Proposed Order** |
| | *Temporary Restraining Order* |
| 08/30/2022 | **Proposed Order** |
| | *Temporary Injunction Order* |
| 08/30/2022 | **Order** (Judicial Officer: Galvan, Deeanne ) |
| | *Temporary Injunction* |
| 08/30/2022 | **Temporary Restraining Order** (Judicial Officer: Galvan, Deeanne ) |
| 09/02/2022 | **Interpleader/Intervention** |
| | *Intervenor-Plaintiffs' Application for Temporary Restraining Order and Injunctive Relief* |
| 09/02/2022 | **Proposed Order** (Judicial Officer: Galvan, Deeanne ) |
| | *Temporary Restraining Order* |
| 09/06/2022 | **Temporary Restraining Order** (Judicial Officer: Galvan, Deeanne ) |
| 09/07/2022 | **Motion** |
| | *Intervenor-Plaintiffs' Motion to Consolidate* |
| 09/08/2022 | **Amended** |
| | *Intervenor-Plaintiff Frank Hunold's First Amended Application for Temporary Restraining Order with Accompanying Original Petition and Jury Demand* |
| 09/08/2022 | **Service Request Information Sheet** |
| | *Service Requested* |
| 09/09/2022 | **Citation** |
| | J, Lopez Trucking, LLC       Unserved |
| | DQ Logistics       Unserved |
| | Go Up Logistics       Unserved |
| | Lopez Zavala, Jose Emmanuel       Unserved |
| | Leyva Hernandez, Juan       Unserved |
| | Quintanar, Reynaldo       Unserved |
| | McGrew-Chavez, Jorge Luis       Unserved |
| | Sterba-Boatwright, Sandra       Unserved |
| 09/09/2022 | **Answer/Contest/Response** |
| | *Defendant Sandra Sterba-Boatwright As Executrix of The Estate of Adriana Pop-Moody's Original Answer to Plaintiff Frank Hunold's Original Petition, Affirmative Defenses and Jury Demand* |
| 09/12/2022 | **Temporary Restraining Order**  (3:30 PM) (Judicial Officer Galvan, Deeanne) |
| | *TRO TRO - INTERPLEADER jhada@shhlaw.com ahuerta@shhlaw.com quesada@textrial.com jrodenberg@textrial.com* |

---

### FINANCIAL INFORMATION

| | | | |
|---|---|---|---|
| **Intervenor** Hunold, Frank | | | |
| Total Financial Assessment | | | 144.00 |
| Total Payments and Credits | | | 144.00 |
| **Balance Due as of 09/12/2022** | | | **0.00** |

| | | | | |
|---|---|---|---|---|
| 09/06/2022 | Transaction Assessment | | | 80.00 |
| 09/06/2022 | E-file Payment | Receipt # 2022-9909-DCCLK | Hunold, Frank | (35.00) |
| 09/06/2022 | State Credit | | | (45.00) |
| 09/08/2022 | Transaction Assessment | | | 64.00 |
| 09/08/2022 | E-file Payment | Receipt # 2022-10044-DCCLK | Hunold, Frank | (64.00) |

| | | | |
|---|---|---|---|
| **Plaintiff** Babos, Ara | | | |
| Total Financial Assessment | | | 350.00 |
| Total Payments and Credits | | | 350.00 |
| **Balance Due as of 09/12/2022** | | | **0.00** |

| 08/30/2022 | Transaction Assessment | | | 350.00 |
| 08/30/2022 | E-file Payment | Receipt # 2022-9655-DCCLK | Babos, Ara | (213.00) |
| 08/30/2022 | State Credit | | | (137.00) |