In the United States District Court
Southern District of Texas
Corpus Christi Division

| | |
|---|---|
| Ara Babos, Individually and as the sole wrongful death beneficiary of The Estate of Adriana M Pop Moody, deceased, <br><br>    *Plaintiff*, <br><br> and <br><br> Christine Ambler, *et al.*, <br><br>    *Intervenors* <br><br> v. <br><br> DQ Logistics, *et al.*, <br><br>    *Defendants*. | Civil Action No. 2:22-cv-213 |

## LIST OF COUNSEL

**Attorneys for Plaintiff Ara Babos, Individually and as the Sole Wrongful Death Beneficiary of The Estate of Dr. Adriana Pop Moody, Deceased:**

James H. Hada
Texas State Bar No. 08671050
Sico Hoelscher Harris LLP
3 Riverway, Suite 1910
Houston, Texas 77056
Office: (713) 465-9944
E-Mail: jhada@shhlaw.com

**Attorneys for Intervenor-Plaintiffs Christine Ambler and Peter Ambler:**

George (Tex) Quesada
Texas Bar No. 16427750
quesada@textrial.com
Jody L. Rodenberg
Texas Bar No. 24073133
jrodenberg@textrial.com

James M. Kennedy
Texas Bar No. 24063295
mkennedy@textrial.com
SOMMERMAN, MCCAFFITY, QUESADA & GEISLER, L. L. P.
3811 Turtle Creek Blvd., Suite 1400
Dallas, Texas 75219-4461
Telephone: (214) 720-0720
Facsimile: (214) 720-0184

**Attorneys for Intervenor-Plaintiff Frank Hunold, Individually and on behalf of Rachel Ambler (Deceased) As Wrongful Death Beneficiary**

Richard Hardy
Texas Bar No. 24012785
Fadduol, Cluff, Hardy & Conaway, P.C.
1115 Broadway
Lubbock, Texas 79401
Phone: (806) 763-9377
Fax: (806) 763-9378
Email: evasquez@fchclaw.com
Email: rhardy@fchclaw.com

**Attorneys for Defendant, J. Lopez Trucking, LLC**

Tarush R. Anand
Texas Bar No. 24055103
McGlinchey Stafford, PLLC
1001 McKinney, Suite 1500
Houston, Texas 77002
Phone: (713) 520-1900
Fax: (713) 456-2196
Email: tanand@mcglinchey.com

**Attorney for Defendant DQ Logistics**

Joanna Lippman Salinas
Texas Bar No. 00791122
S.D. Tex. No. 29464
FLETCHER, FARLEY,
SHIPMAN & SALINAS, L.L.P.
2530 Walsh Tarlton Lane, Suite 150
Austin, Texas 78764
Phone: (512) 476-5300
Fax: (512) 476-5771
joanna.salinas@fletcherfarley.com

**Attorneys for Defendant, Sandra Sterba-Boatwright as Executrix of the Estate of Adriana Pop-Moody:**

Peter C. Blomquist
Texas Bar No. 00794921
pblomquist@hartlinebarger.com
Matthew R. Gelina
Texas Bar No. 24096050
mgelina@hartlinebarger.com
Megan J. Rothermel
Texas Bar No. 24088992
mrothermel@hartlinebarger.com
Zachary Robichaux
Texas Bar No. 24103302
zrobichaux@hartlinebarger.com
Hartline Barger, LLP
1980 Post Oak Blvd, Suite 1800
Houston, Texas 77056
Phone: (713) 759-1990
Fax: (713) 652-2419
Service Email: trv@hartlinebarger.com